

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00660-CV

Jaime E. **VALENZUELA**,
Appellant

v.

Gabriela **MUNOZ**,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-12410
Honorable Larry Noll, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the order of the trial court is AFFIRMED.

It is ORDERED that the Appellant, Jamie E. Valenzuela, bear the costs of this appeal.

SIGNED August 28, 2013.

_____
Luz Elena D. Chapa, Justice